UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-20516-ALTMAN

VICTOR ARIZA,

    *Plaintiff*,

v.

VAN ORSDEL FAMILY
FUNERAL CHAPELS, INC.,

    *Defendant*.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

The Plaintiff filed a Notice of Voluntary Dismissal [ECF No. 10] pursuant to Fed. R. Civ. P 41(a)(1)(A)(i). Being fully advised, we hereby **ORDER** that this action is **DISMISSED** *with prejudice*. Each party shall bear its own attorneys' fees and costs. This case shall remain **CLOSED**. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in the Southern District of Florida on March 18, 2024.

                                                          **ROY K. ALTMAN**
                                                          UNITED STATES DISTRICT JUDGE

cc:    counsel of record